FILED
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOAN H. LEFKOW

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON OCHOA-LOPEZ | 08CR 432<br><br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL JUNE 2007 GRAND JURY charges:   MAGISTRATE JUDGE ASHMAN

On or about May 5, 2008, at Chicago, in the Northern District of Illinois, Western Division,

RAMON OCHOA-LOPEZ

defendant herein, an alien who previously had been deported and removed from the United States on or about November 16, 2001, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, from the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY