Minute Order Form (rev. 4/99)

LI

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOAN H. LEFKOW | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08 CR 0565 | DATE | MAY 29, 2008 |
| CASE TITLE | US v. RAMON OCHOA-LOPEZ | | MAGISTRATE JUDGE ASHMAN |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING**        **08CR  432**

SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

Docket Entry:

NO BOND SET. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION & CUSTOMS ENFORCEMENT AGENCY.

**FILED**

MAY 2 9 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#