## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 432 - 1 | **DATE** | 6/4/2008 |
| **CASE TITLE** | \multicolumn{3}{l}{USA vs. Ramon Ochoa-Lopez} |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Enter order appointing Daniel P. McLaughlin from the Federal Defender Program as counsel for defendant. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 6/11/2008. Pretrial motions to be filed by or on 7/2/2008. Responses to be filed by or on 7/9/2008. Status hearing set for 7/9/2008 at 9:30 a.m., before Judge Lefkow. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings. Wherever defendant is being detained, they are to look into the issue of his prescriptions and take appropriate actions. Enter excludable under 18:3161 (h)(1)(F) X-E.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:07

| | Courtroom Deputy Initials: | IS |
|---|---|---|