# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                Case No.: 1:08–cr–00432
                                                  Honorable Martin C. Ashman

Ramon Ochoa–Lopez

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

        MINUTE entry before the Honorable Joan H. Lefkow: as to Ramon
Ochoa–Lopez; Status hearing held and continued to 7/30/2008 at 9:30 A.M. The
government's oral motion to amend the indictment on its face so that the first line is
changed from ";Chicago" to "Woodstock" is granted. The period beginning 7/9/2008
through 7/30/2008 is excluded pursuant to 18 U.S.C.3161(h)(1)(I). Mailed notice by
judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.